UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDSEY HALL YOUNG,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 2:25-cv-02295-DAD-CSK

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REMANDING THIS ACTION TO THE COMMISSIONER OF SOCIAL SECURITY FOR FURTHER PROCEEDINGS CONSISTENT WITH THIS ORDER

(Doc. Nos. 11, 14, 17)

Plaintiff Linsey Hall Young, proceeding with counsel, brought this action seeking judicial review of the Commissioner of Social Security's final decision denying plaintiff's application for disability insurance benefits and supplemental security income under the Social Security Act. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for summary judgment be granted in part and denied in part, that defendant's cross-motion for summary judgment be granted in part and denied in part, and that the final decision of the Commissioner be reversed and remanded for further proceedings. (Doc. No. 17.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 21.) To date, neither party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court adopts the pending findings and recommendations.

1. The findings and recommendations issued on July 2, 2026 (Doc. No. 17) are ADOPTED in full;
2. Plaintiff's motion for summary judgment (Doc. No. 11), is GRANTED IN PART AND DENIED IN PART as indicated in the findings and recommendations;
3. Defendant's cross-motion for summary judgment (Doc. No. 14), is GRANTED IN PART AND DENIED IN PART as indicated in the findings and recommendations;
4. The case is remanded to the Commissioner of Social Security for further proceedings consistent with this order; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 18, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE